IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIDNEY ANDERSON,

    Plaintiff,   No. CIV S-07-2460 GEB DAD P

  vs.

M. MARTEL,

    Defendant.   ORDER
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

/////

---

[1] Although plaintiff has commenced this action by filing a petition for writ of habeas corpus, the court has construed plaintiff's petition as a civil rights complaint because he alleges that his Eighth Amendment rights have been violated as a result of defendant's failure to protect him. A civil rights action is the proper mechanism for a prisoner seeking to challenge the conditions of his confinement. Badea v. Cox, 931 F.2d 573, 574 (9th Cir.1991). Accordingly, the Clerk of the Court will be directed to amend the docket to reflect that this matter is a civil rights action, not a habeas corpus proceeding.

1  Plaintiff is cautioned that the in forma pauperis application form includes a
2  section that must be completed by a prison official, and the form must be accompanied by a
3  certified copy of plaintiff's prison trust account statement for the six-month period immediately
4  preceding the filing of this action.

5  Accordingly, IT IS HEREBY ORDERED that:

6  1. Plaintiff shall submit, within thirty days from the date of this order, either the
7  $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form
8  provided with this order; plaintiff is cautioned that failure to comply with this order or seek an
9  extension of time to do so will result in a recommendation that this action be dismissed without
10 prejudice;

11 2. The Clerk of the Court is directed to send plaintiff an Application to Proceed
12 In Forma Pauperis By a Prisoner for use in a civil rights action; and

13 3. The Clerk of the Court is directed to amend the docket to reflect that this
14 matter is a civil rights action, not a habeas corpus proceeding.

15 DATED: December 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ande2460.3a

2